tion by Mary B. Pringle, as executrix, against the Long Island Railway Company. I. N. Miller, for appellant. W. J. Kelly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RAPP & SPEIDEL IRON WORKS v. HIRSCH et al. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by the Rapp & Speidel Iron Works against Samuel Hirsch and others. No opinion. Motion granted, with $10 costs.

REINOLD, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Julius C. F. Reinold against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re RICHMOND et al. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of the application of James A. Richmond and Anne Richmond, as executors, etc., for the mortgage, lease, or sale of real estate, etc. No opinion. Decree of surrogate's court affirmed, with costs against the appellants, on authority of Bank v. King, 53 App. Div. 541, 65 N. Y. Supp. 1010.

In re RITTER. (Supreme Court, Appellate Division, First Department. June 21, 1901.) In the matter of Henry L. Ritter, deceased. No opinion. Decree affirmed, with costs.

ROBINSON, Respondent, v. McKEAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Delia H. Robinson against Minnie E. McKean and others. No opinion. Judgment unanimously affirmed, with costs.

ROCHESTER BAR ASS'N v. MONROE. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of the charges of the Rochester Bar Association against C. Wilbur Monroe. No opinion. Issues referred to William Carter, Esq., an attorney and counselor residing at Avon, N. Y., to take the proofs and report the same, together with his opinion thereon, at the next term of this court.

ROUSSEL, Respondent, v. LUX, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Charles J. Roussel against Henrietta L. Lux. J. A. Douglas, for appellant. W. L. Kitchel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROYAL, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by T. Cook Royal against Louis W. Moore. No opinion. Judgment and order unanimously affirmed, with costs.

RUCKERT, Respondent, v. BURSLEY, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Max Ruckert against Ira L. Bursley. S. R. Taylor, for appellant. M. B. Clarke, for respondent. No opinion. Judgment and order affirmed, with costs.

RYAN, Respondent, v. POLLACEK, Appellant. (Supreme Court, Appellate Division, Second Department. July 25. 1901.) Action by Francis H. Ryan against Charles Pollacek. No opinion. Judgment and order affirmed, with costs.

SACCO, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Michele Sacco, as administrator, against the Union Railway Company. C. F. Brown, for appellant. T. J. McManus, for respondent. No opinion. Judgment and order affirmed, with costs.

SACHS et al. v. AMERICAN SURETY CO. et al. (Supreme Court, Appellate Division. First Department. June 14, 1901.) Action by Louis Sachs and another against the American Surety Company and another. No opinion. Motion denied.

SACHS, Respondent, v. AMERICAN SURETY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Louis Sachs against the American Surety Company and another. C. De H. Brewer, for appellants. W. W. Thompson, for respondent.

PER CURIAM. Order reversed, so far as it allows an amendment to the complaint, on payment of $10 costs, and the motion granted to amend, upon payment of all the costs after notice of trial, $10 costs of the motion, and $10 costs and disbursements of appeal.

SALVINSKY et al., Respondents, v. LEVIN. Appellant. (City Court of New York, General Term. April, 1901.) Action by Solomon Salvinsky and others against Mark Levin. Appeal from a judgment of the trial term in favor of the plaintiffs. Henry M. Levin, for appellant. Abraham Levy, for respondents. No opinion. Judgment affirmed, with costs.

SCHALOW v. CONCORDIA SCHUTZEN BUND. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by Julius Schalow against the Concordia Schutzen Bund. No opinion. Motion granted, with $10 costs.